M.H. ALEXANDER, Plaintiff–Appellant,

v.

PATAPSCO PARK ASSOCIATION, Defendant–Appellee.

No. 02–2165.

United States Court of Appeals,
Fourth Circuit.

Submitted Jan. 16, 2003.

Decided Jan. 22, 2003.

M.H. Alexander, Appellant Pro Se.

Before WILLIAMS, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

M.H. Alexander appeals the district court's order dismissing her 42 U.S.C. § 1983 (2000) complaint without prejudice. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Alexander v. Patapsco Park Assoc.*, No.

CA–02–2320–MJG (D.Md. Aug. 29, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*